UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**HOWARD ADAM FOX,**

      **Plaintiff,**

v.                                      Case No:  6:15-cv-157-Orl-41DAB

**CITY OF ORLANDO POLICE
DEPARTMENT and ORANGE
COUNTY GOVERNMENT - OCSO,**

      **Defendants.**
_____/

**ORDER**

THIS CAUSE is before the Court on Plaintiff's Motion to Proceed in Forma Pauperis (the "Motion," Doc. 2). United States Magistrate Judge David A. Baker submitted a Report and Recommendation (Doc. 6), which recommends that this Court: (1) deny the Motion without prejudice, (2) dismiss the Complaint (Doc. 1) without prejudice, and (3) permit Plaintiff to file an Amended Complaint, which is limited to a claim for damages under 42 U.S.C. § 1983 against the officers and municipality for wrongful seizure in violation of the Fourth and Fourteenth Amendments.

After an independent *de novo* review of the record and noting that no objections were timely filed, this Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 6) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Motion to Proceed in Forma Pauperis (Doc. 2) is **DENIED without prejudice**.

3. The Complaint (Doc. 1) is **DISMISSED without prejudice**.

4. On or before **April 20, 2015**, Plaintiff may file an Amended Complaint limited to a civil rights claim under 42 U.S.C. § 1983 "against the officers or the municipality for violation of his rights under the Fourth and Fourteenth Amendment for wrongful seizure of his 'United States Ocean Rescue' items." (Report & Recommendation at 7). Failure to file an Amended Complaint within the time allowed may result in the closure of this case without further notice.

**DONE** and **ORDERED** in Orlando, Florida on March 31, 2015.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party