UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**HOWARD ADAM FOX,**

**Plaintiff,**

**v.**                                                    **Case No:  6:15-cv-157-Orl-41DAB**

**CITY OF ORLANDO POLICE**
**DEPARTMENT and ORANGE**
**COUNTY GOVERNMENT - OCSO,**

**Defendants.**

_____/

## ORDER

THIS CAUSE is before the Court on Plaintiff's Affidavit of Indigency, which the Court construes as a motion to proceed *in forma pauperis* (the "Motion," Doc. 14). United States Magistrate Judge David A. Baker submitted a Report and Recommendation (Doc. 15), which recommends that this Court: (1) deny the Motion without prejudice, (2) dismiss the Amended Complaint (Doc. 13) without prejudice, and (3) permit Plaintiff to file a Second Amended Complaint, which is limited to a claim for damages under 42 U.S.C. § 1983 against the officers and municipality for wrongful seizure in violation of the Fourth and Fourteenth Amendments.

After an independent *de novo* review of the record and noting that no objections were timely filed, this Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 15) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Motion (Doc. 14) is **DENIED without prejudice**.

3. The Amended Complaint (Doc. 13) is **DISMISSED without prejudice**.

4. On or before **August 14, 2015**, Plaintiff may file an Amended Complaint limited to a civil rights claim under 42 U.S.C. § 1983 "against the officers or the municipality for violation of his rights under the Fourth and Fourteenth Amendment for wrongful seizure of his 'United States Ocean Rescue' items." (R. & R. at 6). Failure to file a Second Amended Complaint in accordance with this Order may result in the closure of this case without further notice.

**DONE** and **ORDERED** in Orlando, Florida on July 31, 2015.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party