UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**HOWARD ADAM FOX,**

    **Plaintiff,**

v.                                                                                                  Case No: 6:15-cv-157-Orl-41DAB

**CITY OF ORLANDO POLICE
DEPARTMENT and ORANGE
COUNTY GOVERNMENT - OCSO,**

    **Defendants.**
_____/

**ORDER**

THIS CAUSE is before the Court on Plaintiff's Affidavit of Indigency, which the Court construes as Plaintiff's third motion to proceed *in forma pauperis* (the "Motion," Doc. 18). United States Magistrate Judge David A. Baker submitted a Report and Recommendation (Doc. 19), which, for the third time, recommends that Plaintiff's request be denied. Additionally, in light of Plaintiff's failure to resolve the deficiencies in his pleading and to comply with prior Orders (Doc. Nos. 12, 16), Judge Baker also recommends that this Court dismiss the [Second] Amended Complaint (Doc. 17), without leave to amend.

After an independent *de novo* review of the record and noting that no objections were timely filed, this Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 19) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Motion (Doc. 18) is **DENIED**.

3. The [Second] Amended Complaint (Doc. 17) is **DISMISSED**.

4. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on September 21, 2015.

CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party